**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JADE DUCRE** | **CIVIL ACTION** |
| **VERSUS** | **NO:    22-5241** |
| **ROLLING FRITO-LAY PEPSICO** | **SECTION: "R" (4)** |

## REPORT AND RECOMMENDATION

The Plaintiff, Jade Ducre ("Ducre"), submitted the captioned Title 42 U.S.C. § 2000e civil rights complaint against Defendant, Rolling Frito-Lay Pepsico, alleging discrimination on the basis of race, color, and gender and retaliation. R. Doc. 1. The complaint appears to allege that Ducre was accused of actions that she did not commit and was subsequently written up continuously. *Id.* at 5. Specifically, Ducre alleges that she was accused of intentionally leaving old chips in the store of her employer. *Id.* Also, Ducre alleges that she was terminated due to not returning to work while she was on leave during Hurricane Ida. *Id.* The matter was referred to the undersigned United States Magistrate Judge pursuant to Title 28 U.S.C. § 636(b) and Local Rule 73.2(B), for the submission of Proposed Findings and Recommendations.

The complaint in the instant matter was filed on December 9, 2022. R. Doc. 1. A Rule 16 Scheduling Conference was set before the undersigned on May 2, 2023. *See* R. Doc. 9. On May 2, 2023, Mia Lewis made an appearance on behalf of the Defendant. *See* R. Doc. 18. However, Ducre did not make an appearance. *Id.* The Court attempted to reach the Ducre by the phone number and email listed on the docket and was unsuccessful. *Id.*

On May 26, 2023, the Court ordered Ducre to show cause in writing on or before June 9, 2023, as to why the action should not be dismissed for failure to prosecute under Fed. R. Civ. P. 41(b), and to explain why she failed to appear for the Rule 16 Scheduling Conference. *See* R. Doc. 19. As of July 12, 2023, Ducre has not submitted any response to the Court's Order.

Accordingly,

**IT IS RECOMMENDED** that Jade Ducre's action against Defendant be **DISMISSED WITH PREJUDICE**.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation **within fourteen (14) days** after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. *See Douglass v. United Services Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996).[1]

New Orleans, Louisiana, this 12th day of July 2023.

_____
**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] *Douglass* referenced the previously applicable ten-day period for the filing of objections. Effective December 1, 2009, 28 U.S.C. § 636(b)(1) was amended to extend the period to fourteen days.