UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JADE DUCRE | CIVIL ACTION |
| VERSUS | NO. 22-5241 |
| ROLLING FRITO-LAY PEPSICO | SECTION "R" (4) |

## ORDER

Plaintiff Jade Ducre, proceeding *pro se* and *in forma pauperis*, brings this action under 42 U.S.C. § 2000e, alleging discrimination on the basis of race, color, and gender, as well as retaliation.[1] On July 12, 2023, Magistrate Judge Karen Wells Roby issued a Report & Recommendation ("R&R"), recommending that the Court dismiss plaintiff's complaint pursuant to Federal Rule of Civil Procedure 41(b) for her failure to prosecute.[2]

Plaintiff did not object to the R&R. Therefore, the Court reviews the R&R for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b) advisory committee's note (1983) ("When no timely objection is filed, the court need only satisfy itself

---

[1] R. Doc. 1.
[2] R. Doc. 20.

that there is no clear error on the face of the record in order to accept the recommendation."). The Court finds no clear error.

Accordingly, the Court adopts Magistrate Judge Roby's R&R as its opinion. Plaintiff's complaint is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this __28th__ day of July, 2023.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE